UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
September 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____NM____
DEPUTY

| | |
|---|---|
| JOHN GILBERT CENTENO JR., SID #1114347, § § § § Plaintiff, § § v. § SA-23-CV-00873-OLG § SERGEANT B. DELOSANTOS, § Grievance Supervisor, ET AL., § § Defendants. § | |

# FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing *pro se* Plaintiff John Gilbert Centeno Jr.'s 42 U.S.C. § 1983 Civil Rights Complaint, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff John Gilbert Centeno Jr.'s 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's July 17, 2023 and August 11, 2023 Orders.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

It is **SO ORDERED**.

SIGNED this 28 day of September, 2023.

_____
ORLANDO L. GARCIA
United States District Judge